

THE HONORABLE JOHN C. COUGHENOUR

**10-CV-01247-STMT**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHANCE BRUMFIELD,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF SEATTLE, a Municipal Corporation, and SEATTLE POLICE OFFICER JAMES DYMENT,<br><br>    Defendants. | CASE NO. C10-1247-JCC<br><br>SPECIAL VERDICT FORM |

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

**AUG 12 2011**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

We, the Jury, answer the questions submitted by the Court as follows:

Question 1:   Did Defendant James Dyment have probable cause to arrest Plaintiff Chance Brumfield?

   Answer:   __Yes__ (Yes)   _____ (No)

*INSTRUCTION: If you answered "Yes" to Question 1, you are finished with this form, and the presiding juror should sign and date this form. If you answered "No" to Question 1, continue to Question 2.*

Question 2:   Did Plaintiff Chance Brumfield prove all of the elements of his state-law claim for false arrest against Defendant James Dyment?

   Answer:   _____ (Yes)   _____ (No)

*INSTRUCTION: If you answered "Yes" to Question 2, continue to Question 3. If you answered "No" to Question 2, skip to Question 4.*

Question 3:   What do you find is the amount of Plaintiff Chance Brumfield's damages, if any, from the state violation for false arrest?

Answer: _____

*INSTRUCTION: Continue to Question 4.*

Question 4:   Did Plaintiff Chance Brumfield prove all of the elements of his federal-law (§ 1983) claim for false arrest against Defendant James Dyment?

Answer:   _____(Yes)   _____(No)

*INSTRUCTION: If you answered "Yes" to Question 4, continue to Question 5. If you answered "No" to Question 4, skip to Question 6.*

Question 5:   What do you find is the amount of Plaintiff Chance Brumfield's damages, if any, from the federal violation (§ 1983) for false arrest?

Answer: _____

*INSTRUCTION: Continue to Question 6.*

Question 6:   Did Plaintiff Chance Brumfield prove all of the elements of his state-law claim for malicious prosecution against Defendant James Dyment?

Answer:   _____(Yes)   _____(No)

*INSTRUCTION: If you answered "Yes" to Question 6, continue to Question 7. If you answered "No" to Question 6, skip to Question 8.*

Question 7:   What do you find is the amount of Plaintiff Chance Brumfield's damages, if any, from the state violation for malicious prosecution?

Answer: _____

*INSTRUCTION: Continue to Question 8.*

Question 8: Did Plaintiff Chance Brumfield prove all of the elements of his federal-law (§ 1983) claim for malicious prosecution against Defendant James Dyment?

Answer: _____(Yes)   _____(No)

*INSTRUCTION: If you answered "Yes" to Question 8, continue to Question 9. If you answered "No" to Question 8, skip to Question 10.*

Question 9: What do you find is the amount of Plaintiff Chance Brumfield's damages, if any, from the federal violation (§ 1983) for malicious prosecution?

Answer: _____

*INSTRUCTION: Continue to Question 10.*

Question 10: Did Plaintiff Chance Brumfield prove all of the elements of his state-law claim for intentional infliction of emotional distress against Defendant James Dyment?

Answer: _____(Yes)   _____(No)

*INSTRUCTION: If you answered "Yes" to Question 10, continue to Question 11. If you answered "No" to Question 10, skip to Question 12.*

Question 11: What do you find is the amount of Plaintiff Chance Brumfield's damages, if any, from the state violation for intentional infliction of emotional distress?

Answer: _____

*INSTRUCTION: Continue to Question 12.*

Question 12:  If you found for Plaintiff on any *federal* claim (Questions 4 or 8), did Defendant James Dyment act with malice, oppression, or reckless disregard of Plaintiff Chance Brumfield's rights?

    Answer: _____(Yes)      _____(No)

*INSTRUCTION: If you answered "Yes" to Question 12, continue to Question 13. If you answered "No" to Question 12, you are finished with this form, and the presiding juror should sign and date this form.*

Question 13:  What amount of punitive damages, if any, do you award to Plaintiff Chance Brumfield against Defendant James Dyment?

    Answer: _____

*INSTRUCTION: You are finished with this form, and the presiding juror should sign and date this form.*

DATED this _12_ day of August 2011.

                         _[signature]_
                         PRESIDING JUROR