# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CHANCE BRUMFIELD,<br><br>               Plaintiff,<br><br>     v.<br><br>CITY OF SEATTLE and JAMES DYMENT<br><br>               Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C10-1247-JCC |

☒ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Upon on the jury's special verdict finding that Defendant James Dyment had probable cause to arrest Plaintiff Chance Brumfield, the Court enters Judgment in favor of Defendants on all causes of action in Plaintiff's Complaint.

DATED this 15th day of August 2011.

WILLIAM M. MCCOOL
Clerk

s/Tim Farrell
Deputy Clerk